# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| James S. Gentile,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOURO UNIVERSITY,<br><br>　　　　Defendant. | Civil Action No. 2:21-cv-01345-JS-ARL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), Plaintiff James S. Gentile and Defendant Touro University, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions, if any, submitted in this action.

_____
James S. Gentile
166 Dahlia Drive
Mastic Beach, New York 11951
(631) 786-2848
jsgentile@hotmail.com


COZEN O'CONNOR

_____
Mariah Passarelli
Janice Sued Agresti
3 WTC 175 Greenwich Street
New York, NY 10007
(412) 620-6502
(212) 453-3978
mpassarelli@cozen.com
jagresti@cozen.com

SO ORDERED.
The Clerk of Court is directed to mark this case CLOSED.

Dated: April 3, 2025　　　　　　　　　　　　　　/s/ JOANNA SEYBERT
Central Islip, New York　　　　　　　　Hon. Joanna Seybert, U.S.D.J.